IN THE UNITED STATES DISTRICT COURT OF THE EIGHTH CIRCUIT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>             Plaintiff,    )<br>                               )<br>v.                            )<br>                               )<br>CHRISTOPHER FRANKLIN,          )<br>             Defendant.    )  | Case No: 4:21 ML 5268 NAB |

## ENTRY OF APPEARANCE

COMES NOW, Melinda L. Gorman, and enters her appearance on behalf of the defendant in the above styled cause.
.

Respectfully Submitted,

 /s/ *Melinda Gorman*
Melinda Gorman # 60203MO
Attorney for the Defendant
3703 Watson Rd
St. Louis, MO 63109
314-932-1515 (office)
314-221-5515 (cell)
314-228-2111 (fax)

## CERTIFICATE OF SERVICE

I hereby certify on September 21, 2020 that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Amanda M. Fischer

/s/*Melinda L. Gorman*